**Motion Denied and Abatement Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01016-CV

_____

## IN THE MATTER OF THE MARRIAGE OF LARA MARIE CHARPENTIER AND JASON WALTER CHARPENTIER

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-FD-3409**

## ABATEMENT ORDER

The parties have filed a joint motion indicating they entered into a settlement agreement. They ask us to affirm the judgment in part and vacate it in part in accordance with their agreement. Texas Rule of Appellate Procedure 42.1(a) does not permit us to grant the relief the parties are requesting. The rule, however, allows this court to abate the appeal and permit the trial court to conduct further proceedings to effectuate the parties' agreement. Tex. R. App. P. 42.1(a)(2)(C). Accordingly, we issue the following order:

The parties' joint motion is **DENIED**. In accordance with Texas Rule of

Appellate Procedure 42.1(a)(2)(C), the appeal is **ABATED** to permit the trial court to conduct further proceedings to effectuate the parties' agreement. The appeal is treated as a closed case, and removed from this court's active docket until **December 14, 2015**. The parties are advised that appellant must file a motion to reinstate and dismiss this appeal no later than **December 14, 2015** or, if the agreement has not been effectuated by that date, appellant is required file a report with this court giving the status of the proceedings in the trial court and requesting an extension of the abatement. The failure to file a motion to reinstate and dismiss the appeal or a status report by December 14, 2015 will result in the dismissal of this appeal without further notice.


PER CURIAM